**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6902**

CHRISTOPHER A. GRANSBY,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-03-187)

Submitted:  August 14, 2003          Decided:  August 22, 2003

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher A. Gransby, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher A. Gransby seeks to appeal the district court's dismissal of his 42 U.S.C. § 1983 action without prejudice for his failure to pay a partial filing fee. We have reviewed the record and the district court's order and find no error. Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED